**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| American Behavioral Research Institute, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>Natrol, LLC,<br><br>     Defendant. | Civil Action No.: 9:20-cv-81210 |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Plaintiff American Behavioral Research Institute, LLC

- Adam Bialek, Wilson Elser (counsel for Plaintiff)

- Amy Baker, Wilson Elser (counsel for Plaintiff)

- Sarah Fink, Wilson Elser (counsel for Plaintiff)

- Defendant Natrol, LLC

- Sandra Wunderlich, Tucker Ellis (counsel for Natrol, LLC)

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Plaintiff, American Behavioral Research Institute, LLC.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated:  August 19, 2020

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: /s/ Amy L. Baker
Amy L. Baker, Esq.
Florida Bar Number 86912
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
407.203.7563 (Direct)
407.648.1376 (Fax)
amy.baker@wilsonelser.com

Adam R. Bialek, Esq. (PRO HAC VICE to be filed)
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
212.915.5143 (Direct)
212.490.3038 (Fax)
adam.bialek@wilsonelser.com

Sarah Fink, Esq. (PRO HAC VICE to be filed)
Wilson Elser Moskowitz Edelman & Dicker LLP

666 Old Country Road, Suite 602
Garden City, NY 11530
516.228.8907 (Direct)
516.228.0200 (Fax)
sarah.fink@wilsonelser.com

*Attorneys for Plaintiff American Behavioral Research Institute LLC*

## CERTIFICATE OF SERVICE

I certify that on August 19, 2020 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:  /s/ Amy L. Baker
        Amy L. Baker, Esquire