UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:20-cv-81210-DMM

AMERICAN BEHAVIORAL RESEARCH
INSTITUTE, LLC,

    Plaintiff,

v.

NATROL, LLC,

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held September 21, 2020 and that all of the parties and their representatives attended via video and/or telephone conference and the case did not settle at the mediation, but the parties are continuing to discuss settlement with the mediator.

    Respectfully Submitted,

    MARK STEIN LAW
    2999 NE 191st, Suite 330
    Aventura, FL 33180
    (305) 356-7550 – voice

    By: /s/ Mark E. Stein, Esq.
        Mark E. Stein, Esq.,
          *Mediator*

*Case No. 9:20-cv-81210*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2020, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

*Via Email: adam.bialek@wilsonelser.com; amy.baker@wilsonelser.com; sarah.fink@wilsonelser.com*

Amy L. Baker, Esq.
Sara Fink, Esq.
Adam Bialek, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017

*Counsel for Plaintiff*

*Via Email:  Sandra.Wunderlich@tuckerellis.com*

Sandra J. Wunderlich, Esq.
Tucker Ellis LLP
100 South 4th Street, Suite 600
St. Louis, MO  63102

*Counsel for Defendant*

/s/ Mark E. Stein, Esq.
Mark E. Stein, Esq.
Florida Bar No. 818666